1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**NORTHERN DISTRICT OF CALIFORNIA**

6

**SAN JOSE DIVISION**

7
8

P. STEPHEN LAMONT,

9

    Plaintiff,

10

    v.

11

JOHN PETRUCELLI,

12

    Defendant.

13
14

Case No. 18-cv-02790-BLF

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; AND DISMISSING ACTION WITH PREJUDICE**

[Re: ECF 10]

15      Plaintiff P. Stephen Lamont, proceeding *pro se*, filed the complaint in this action on May

16  10, 2018, along with an application to proceed *in forma pauperis* ("IFP") and a motion for

17  permission to use the Court's Electronic Case Filing ("ECF") system as an e-filer. Magistrate

18  Judge Nathanael M. Cousins, to whom the case initially was assigned, denied the IFP application

19  without prejudice, granted the motion for permission to proceed as an e-filer, and dismissed the

20  complaint with leave to amend for lack of personal jurisdiction over Defendant John Petrucelli.

21  Plaintiff thereafter filed the operative first amended complaint ("FAC") and a renewed IFP

22  application. On June 27, 2018, Judge Cousins granted Plaintiff's renewed IFP application,

23  directed that the case be reassigned to a district judge, and issued a Report and Recommendation

24  ("R&R") that the case be dismissed with prejudice for lack of personal jurisdiction over

25  Defendant.

26      Plaintiff has not filed an objection to the R&R and the time to object has expired. *See* Fed.

27  R. Civ. P. 72(b)(2) (deadline to object is 14 days after service of R&R). The Court finds Judge

28  Cousins' R&R to be well-reasoned and correct in every respect, and ADOPTS the R&R in its

1  entirety.  In particular, the Court agrees with Judge Cousins' conclusion that this Court lacks

2  personal jurisdiction over Defendant because it appears on the face of the FAC that Defendant is a

3  citizen of New York and that all events giving rise to this lawsuit occurred in New York.  *See*

4  FAC ¶¶ 6-17, ECF 7.  Judge Cousins identified that defect in his screening order dismissing the

5  complaint, and he granted Plaintiff an opportunity to amend to demonstrate the existence of

6  personal jurisdiction over Defendant.  Plaintiff also had an opportunity to address the issue of

7  personal jurisdiction by filing objections to Judge Cousins' R&R.  Because Plaintiff has failed to

8  demonstrate the existence of personal jurisdiction over Defendant despite being given two

9  opportunities to do so, and because it appears that further amendment would be futile, the Court

10  agrees with Judge Cousins that it is appropriate to dismiss the case with prejudice at this time.  *See*

11  *Foman v. Davis*, 371 U.S. 178, 182 (1962).

12       Accordingly, IT IS HEREBY ORDERED that the case is DISMISSED WITH

13  PREJUDICE for lack of personal jurisdiction over Defendant.  The Clerk shall close the file.

14

15  Dated:  July 12, 2018

16

17  BETH LABSON FREEMAN
   United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2